# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
December 10, 2024

Lyle W. Cayce
Clerk

No. 23-20248

CONSOLIDATED WITH

No. 23-20283

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CRAIG JORGENSEN,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Southern District of Texas
USDC Nos. 4:19-CR-719-11

Before HO, WILSON, and RAMIREZ, *Circuit Judges*.
PER CURIAM:*

The attorney appointed to represent Craig Jorgensen has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jorgensen has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Jorgensen's claims of ineffective

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

23-20248
c/w No. 23-20283

assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Jorgensen's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.